IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SRIRAM RAJASEKARAN,<br>KASTHURI SRIRAMVENUGOPAL,<br>and MUGHIL SRIRAMVENUGOPAL, | )<br>)<br>)<br>) | 4:13CV3174 |
| Plaintiffs, | )<br>) | ORDER |
| v. | )<br>) | |
| MARK HAZUDA, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services, ERIC HOLDER JR., Attorney General of the United States, and RAND BEERS, Acting Secretary Department of Homeland Security, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

IT IS ORDERED that the parties' joint stipulation (filing 16) is approved, and, accordingly, that:

1. Plaintiffs' motion for temporary restraining order and preliminary injunction (filing 13) is withdrawn;

2. The court's memorandum and order entered on March 27, 2014 (filing 14), which granted a temporary restraining order, is set aside; and

3. The court's scheduling order (filing 11) remains in effect.

DATED this 3rd day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge