IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SRIRAM RAJASEKARAN, KASTHURI SRIRAMVENUGOPAL, and MUGHIL SRIRAMVENUGOPAL, | ) ) ) ) | 4:13CV3174 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| MARK HAZUDA, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services, ERIC HOLDER JR., Attorney General of the United States, and RAND BEERS, Acting Secretary Department of Homeland Security, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the plaintiffs' motion for extension of time (filing 18) is granted, and, accordingly, that the parties' briefing schedule is amended, as follows:

1. Cross-motions for summary judgment are due on or before May 22, 2014.
2. Cross-opposition briefs are due on or before June 23, 2014.
3. Cross-reply briefs are due on or before July 23, 2014.

DATED this 12th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge