IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SRIRAM RAJASEKARAN, KASTHURI SRIRAMVENUGOPAL, MUGHIL SRIRAMVENUGOPAL,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MARK HAZUDA, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services; ERIC HOLDER JR., Attorney General of the United States; and RAND BEERS, Acting Secretary Department of Homeland Security;<br><br>                    Defendants. | 4:13CV3174<br><br>ORDER |

IT IS ORDERED:

1)    Defendants' Unopposed MOTION to file under Seal Certified Administrative Record, (Filing No. 24), is granted in part and denied in part.

2)    The administrative record shall be filed as a **restricted access** document, accessible to only the court and the parties of record.

May 28, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge